**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2289**

---

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

      Plaintiff - Appellant,

      v.

WASHAVA MOYE, officially as Interim Director of Alvin S. Glen Detention Center ("ASGDC") for injunctive relief and declaratory relief, and individually for damages; SPECIFIC EMPLOYEES OF ASGDC, who negligently and/or intentionally injured plaintiff, individually for damages; RICHLAND COUNTY, ("RC"), SC, for damages; HENRY DARGAN MCMASTER, solely officially as Governor of South Carolina ("SC"), and solely for declaratory and injunctive relief; BRYAN P. STIRLING, solely officially as Director of SC's Department of Corrections ("SC doC"), and solely for declaratory and injunctive relief; DONALD JOHN ZELENKA, officially as Deputy of SC's Attorney General ("SCAG") and as Chief of SCAG's office's Criminal Division, officially for declaratory and injunctive relief, and individually for damages; SARA HEATHER SAVITZ WEISS, individually for damages; TIMOTHY LEE GRIFFITH, individually for damages; DANIELLE DIXON, individually for damages; JOHN WILLIAMSON KITTREDGE, individually for damages; JACK MCKENZIE, individually for damages; JOHN GRANTLAND, individually for damages; MARK TINSLEY, individually for damages; WILLIAM TETTERTON, individually for damages; ASGDC OFFICER FNU GOLDWIRE; ASGDC OFFICER FNU MCKINLEY/KINNEY; ASGDC OFFICER FNU TRAPP; ASGDC OFFICER FNU MCCLENNAN; ASGDC OFFICER FNU PINCKNEY; ASGDC OFFICER FNU DIER; ASGDC EMPLOYEES, individually for nominal damages and for the prospective relief of mandatory re-education before re-employment as correction officers; LEON LOTT, individually for damages and officially for injunctive relief; OVERTURE WALKER, officially as Chair of RC Council for injunctive relief; W. H. (SKIP) HOLBROOK, officially as Columbia, SC's police chief for prospective relief; BYRON GIPSON, officially as SC 5th Judicial Circuit Solicitor for injunctive relief; LARRY WAYNE MASON, individually for damages; DINAH GAIL STEELE, individually for damages; ALL OTHER UNKNOWN-NAMED

PERSONS WHO INJURED AND/OR CONSPIRED TO INJURE PLAINTIFF AND/OR WHO ACTED TO DENY ACCOMMODATIONS TO THE DISABLED,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:22-cv-03191-TLW)

_____

Submitted:  July 30, 2024                              Decided:  August 1, 2024

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's order accepting the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915 review, Assa'ad-Faltas' 42 U.S.C. § 1983 action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We have reviewed the record in conjunction with any preserved issues and have found no reversible error. Accordingly, we affirm the district court's order. *Assa'ad-Faltas v. Moye*, No. 3:22-cv-03191-TLW (D.S.C. filed Oct. 16, 2023 & entered Oct. 17, 2023). We deny Assa'ad-Faltas' motions to consolidate, for injunctive relief pending appeal, and to remand to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3